# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:   DIONNE DENISE TILMON                                            Case No.: 11-42046

         Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

    1)     The case was filed on 10/17/2011.

    2)     This case was confirmed on 01/30/2012.

    3)     The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

    4)     The trustee filed action to remedy default by the debtor in performance under the plan on 04/18/2012.

    5)     The case was dismissed on 06/11/2012.

    6)     Number of months from filing to the last payment:  4

    7)     Number of months case was pending:  11

    8)     Total value of assets abandoned by court order:  NA

    9)     Total value of assets exempted: $     3,748.00

    10)     Amount of unsecured claims discharged without payment $     .00

    11)     All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 1,280.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 1,280.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 1,038.16 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 67.84 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,106.00 |
| Attorney fees paid and disclosed by debtor | $ .00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CHASE AUTO FINANCE | SECURED | 700.00 | .00 | .00 | .00 | .00 |
| CHASE AUTO FINANCE | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| AMERICAN FAMILY INSU | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS BELL TELEPH | UNSECURED | 500.00 | 441.80 | 441.80 | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| BANK OF AMERICA | UNSECURED | 550.00 | NA | NA | .00 | .00 |
| NORTH STAR CAPITAL A | UNSECURED | 500.00 | 557.61 | 557.61 | .00 | .00 |
| CCS BRYANT STATE BAN | OTHER | .00 | NA | NA | .00 | .00 |
| CASH ADVANCE USA | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| CASH IN A WINK | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | 1,500.00 | 1,405.59 | 1,405.59 | .00 | .00 |
| COMMONWEALTH EDISON | OTHER | .00 | NA | NA | .00 | .00 |
| DIRECT LOANS BANKRUP | UNSECURED | 3,500.00 | .00 | .00 | .00 | .00 |
| DYER FAMILY DENTISTR | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| EQUIFAX | OTHER | .00 | NA | NA | .00 | .00 |
| EXPERIAN | OTHER | .00 | NA | NA | .00 | .00 |
| EXTRA FUNDS | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| FINGERHUT | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| FINGERHUT | OTHER | .00 | NA | NA | .00 | .00 |
| FIRST CHOICE LOANS | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| FIRST NATIONAL BANK | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FIRST NATIONAL CREDI | OTHER | .00 | NA | NA | .00 | .00 |
| PREMIER BANK CARD | UNSECURED | 350.00 | 386.62 | 386.62 | .00 | .00 |
| FIRST PREMIER BANK | OTHER | .00 | NA | NA | .00 | .00 |
| GRAND PARK SURGICAL | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| GREAT LAKES PULMONAR | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| HEART CENTER OF LAKE | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| JONES AND JONES | OTHER | .00 | NA | NA | .00 | .00 |
| HIND GENERAL HOSPITA | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| IC SYSTEMS | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| ILLIANA FEDERAL C U | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| ST IL TOLLWAY AUTHOR | UNSECURED | 65.00 | NA | NA | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | 350.00 | NA | NA | .00 | .00 |
| INTEGRITY ADVANCE LL | UNSECURED | 550.00 | NA | NA | .00 | .00 |
| JD MARKETING | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| LTD FINANCIAL SERVIC | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| METHODIST NORTHLAKE | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| MRSI | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| PAYDAY LOAN | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| NCO FINANCIAL SYSTEM | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| NEPHROLOGY SPECIALIS | UNSECURED | 250.00 | NA | NA | .00 | .00 |
| ONE CLICK CASH | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| PAYDAY1 | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| RAC ACCEPTANCE | UNSECURED | 1.00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 700.00 | 1,057.93 | 1,057.93 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 250.00 | 400.00 | 400.00 | .00 | .00 |
| ST JAMES HOSPITAL C | UNSECURED | 85.00 | NA | NA | .00 | .00 |
| ST JAMES HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |
| STAT ANESTHESIA SPEC | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 750.00 | 634.15 | 634.15 | .00 | .00 |
| TRANS UNION | OTHER | .00 | NA | NA | .00 | .00 |
| GREAT LAKES EDUCATIO | UNSECURED | 1,200.00 | 4,544.03 | .00 | .00 | .00 |
| US DEPT OF EDUCATION | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF LYNWOOD | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| VILLAGE OF PALATINE | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| VILLAGE OF SAUK VILL | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| VILLAGE OF SAUK VILL | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| MACK INDUSTRIES | OTHER | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 720.09 | 720.09 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 138.36 | 138.36 | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | NA | 170.45 | 170.45 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 500.00 | 413.00 | 413.00 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 500.00 | 556.55 | 556.55 | .00 | .00 |
| NICOR GAS | UNSECURED | NA | 228.16 | 228.16 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
==========================================================================
| Scheduled Creditors:                                                   |
|                                                                        |
| Creditor              Claim       Claim       Claim    Principal   Int.|
|   Name         Class  Scheduled   Asserted    Allowed     Paid    Paid |
|                                                                        |
| GERACI LAW LLC   PRIORITY    NA        .00    174.00    174.00     .00 |
| PREMIER BANK CARD UNSECURED  NA     317.93    317.93       .00     .00 |
==========================================================================
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 174.00 | 174.00 | .00 |
| **TOTAL PRIORITY:** | 174.00 | 174.00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 7,428.24 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 1,106.00 |
| Disbursements to Creditors | $ | 174.00 |
| **TOTAL DISBURSEMENTS:** | $ | 1,280.00 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   09/21/2012                                      /s/ Tom Vaughn
                                                         Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**